IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-00345-REB-CBS | Date: May 5, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                        *Counsel:*

CHRISTOPHER A. MCNULTY,                    Troy Krenning

Plaintiff,

v.

METRO COLLECTION SERVICE INC,        Benjamin Vinci

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:  TELEPHONIC STATUS CONFERENCE**
**Court in session: 01:28 p.m.**
Court calls case.  Appearances of counsel.

**ORDERED:**     *MOTION [13] to Set Aside Clerk's Entry of Default* is **GRANTED.**  Parties shall
file a stipulated motion to dismiss within 30 days of today's date.

*MOTION [10] to Set Aside Clerk's Entry of Default and to Enforce Settlement
Agreement* is **MOOT.**

Hearing Concluded.

**Court in recess: 01:32 p.m.**
Time in court: 00:04

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.