**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-00345-REB-CBS

CHRISTOPHER A. MCNULTY,

    Plaintiff,

v.

METRO COLLECTION SERVICE, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulated Motion To Dismiss with Prejudice** [#15],[1] filed May 20, 2015. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion To Dismiss with Prejudice** [#15], filed May 20, 2015. is granted;

    2. That any pending pretrial deadline is vacated; and

    3. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

---

[1] "[#15]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated May 21, 2015, at Denver, Colorado.

                                                      **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge